UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:                                                    Case No. 22-45635-mar

Shirley Mae Plyant,                        Chapter 13

                Debtor.                             Judge Mark A. Randon
_____/

## NOTICE OF CITY OF DETROIT UNFILED TAX RETURNS

Debtor failed to file a tax return for City of Detroit income taxes for tax period 2020 as required by 11 USC 1308 and/or Detroit City Code of Ordinances Sec. 18-10. Pursuant to MCL 141.509, Michigan Department of Treasury has been granted the authority to process the City of Detroit income tax returns commencing with the 2015 tax year. Failure to file tax returns may result in the Michigan Department of Treasury either objecting to the Plan or filing a motion to convert or dismiss the case.

I.       **SIGNED TAX RETURNS SHOULD BE SUBMITTED TO:**

                 Michigan Department of Attorney General
                             Collections Division
                            Cadillac Place Building
              3030 W. Grand Blvd., Ste. 10-200
                               Detroit, MI 48202
                            Attn: Moe Freedman

                                     **OR**

                  Via email: FreedmanM1@michigan.gov

Attach all supporting documentation including any required copies of the City of Detroit Schedules, State Returns, Federal Returns, 1099, and W-2 Statements. If

you have already filed the required return, submit a copy to the above-designated Assistant Attorney General.  For questions, call (313) 456-0140.

II. **IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:**

For a W-2 or 1099, contact your employer(s).  If not received, contact the IRS at 313-237-0800 or 800-829-1040 or visit the IRS website at www.irs.gov.

Respectfully submitted,

/s/ *Moe Freedman*
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place Building
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail:  FreedmanM1@michigan.gov

Dated: October 7, 2022